**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **RASHAD SAKELL WRIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:25-cv-230 (MTT)** |
| ) | |
| **ANCHOR SALES TOWING &** ) | |
| **RECOVERY LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Pro se Plaintiff Rashad Sakell Wright filed this action and contemporaneously moved for leave to proceed *in forma pauperis* ("IFP"). Docs. 1; 2. Along with granting Wright IFP status, the Court was required to screen his complaint pursuant to 28 U.S.C. § 1915(e). After screening, the Court concluded that Wright's complaint was deficient and ordered him to file a recast complaint no later than June 25, 2025. Doc. 3. Although Wright was warned that failure to fully and timely comply could result in the dismissal of this action, he did not respond. *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch*. Dist., 570 F.2d 541, 544 (5th Cir. 1978)).[1] Consequently, Wright was ordered to show cause no later than July 21, 2025 why this case should not be dismissed. Doc. 5. Wright was again warned that failure to comply may result in the dismissal of this action. *Id.* He did not respond. Accordingly, this action is hereby **DISMISSED** without prejudice.

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc).

-2-

**SO ORDERED**, this 1st day of August, 2025.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT