IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RASHAD SAKELL WRIGHT, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00230-MTT |
| | * |
| ANCHOR SALES TOWING & RECOVERY LLC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 1, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 1st day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk